

EXHIBIT 2

CJ-2021-1364
Mai

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| CASSANDRA HANSON, | ) FILED IN DISTRICT COURT |
| | ) OKLAHOMA COUNTY |
| Plaintiff, | ) |
| | ) MAR 29 2021 |
| v. | ) |
| | ) RICK WARREN |
| DOLLAR GENERAL and/or | ) COURT CLERK |
| DOLGENCORP, LLC, d/b/a DOLLAR | ) 111 _____ |
| GENERAL #9754; and DEBORAH BAKER, | ) |
| | ) CJ-2021-1364 |
| Defendants. | ) |

## PETITION

COMES NOW the Plaintiff, Cassandra Hanson ("Plaintiff"), and for her causes of action against Defendants, Dollar General ("Dollar General"), Dolgencorp, LLC, d/b/a Dollar General #9754 ("Dollar General") and Deborah Baker ("Baker"), states as follows:

1. Plaintiff is a resident of Oklahoma County, Oklahoma.

2. Upon information and belief, Defendant Dollar General is a foreign limited liability company doing business in the State of Oklahoma.

3. Upon information and belief, Defendant Baker is a resident of Oklahoma County, Oklahoma, and is the store manager of Dollar General #9754 in Harrah, Oklahoma.

4. Jurisdiction and venue are proper in this Court.

5. On December 8, 2020, Cassandra Hanson was a business invitee shopping at Dollar General. The aisle in which she was shopping was cluttered with debris and obstacles, including loose merchandise and taller boxes of merchandise. While shopping she stepped on an object on the floor resulting in a fracture to her foot. If she had not encountered the obstacle, she would not have fractured her foot.

6. As store manager, Baker was responsible for the conditions at and inside Dollar General on the date of loss to include:

   a. maintaining a clean, well-organized store and to facilitate a safe and secure working and shopping environment;

   b. Ensuring that all merchandise is presented according to establish practices and to utilize merchandise fixtures properly including presentation;

   c. Facilitate the efficient staging stocking and storage of merchandise by following defined company work processes;

   d. Personally open and close the store a minimum of two times per week;

   e. Communicate performance conduct and safety expectations regularly to encourage safety and security within the store;

   f. Having knowledge of inventory management and merchandising practices.

7. Defendants had a duty to use ordinary care to keep aisles and other parts of the store in a reasonably safe condition for the use of its invitees.

8. Defendants had a duty to either remove or warn the invitee of any danger on the premises of which it is aware, or should be aware in the exercise of reasonable care, or that was created by any of its employees acting in the scope of their employment. This duty covers all parts of the store where customers may reasonably be expected to go.

9. Defendants acted negligently and with reckless disregard for the rights of Plaintiff and breached the duties they owed Plaintiff, in one or more of the following ways:

   a. They knew or should have known that merchandise and stock in the aisles impeded the free access of patrons and created a business and safety hazard to those who sought to shop at the store;

   b. Failed to make and keep the premises safe for persons, such as Plaintiff, who shop at their store;

   c. Failed to warn Plaintiff of the hazardous conditions there existing;

   d. Failed to properly supervise the common areas of the store, so as to furnish customers like Plaintiff a safe walkway, free of hazards which were recognized or should have been recognized by Defendants;

   e. Failed to maintain the premises in a safe condition to ensure Plaintiff would not injure herself while shopping;

   f. Failed to properly inspect the store, causing merchandise or other items to be cluttered in the aisle;

   g. Failed to maintain the premises owned by Dollar General and managed by Baker in a good and safe condition for Plaintiff and others;

   h. Failed to otherwise comply with the applicable laws and regulations of the State of Oklahoma and federal laws and regulations; and

   i. Failed to exercise the degree of care required under the circumstances.

10. Defendants Dollar General and/or DOLGENCORP were negligent in hiring, retention, supervision, and training of their employees.

11. Defendants were aware, or should have been aware, of customer invitee complaints regarding navigating the aisles of the store with merchandise and stock items cluttered about the aisles and floor.

12. As a direct result of the negligence and reckless disregard for Plaintiff's rights and Defendants' breach of their duty of care, Plaintiff suffered a fractured bone in her left foot, which required surgical repair, causing Plaintiff to incur medical expenses in the past and to incur additional medical expenses in the future; suffer physical pain, past and future; mental anguish; past and future; and loss of household services, in a sum in excess of $75,000.00.

13. That the acts of Defendants were willful, wanton and/or in reckless disregard of the consequences to Plaintiff and such that a reasonable person would know, or have reason

to know, that such conduct would be likely to result in substantial harm to another, for which punitive damages would also be awarded.

WHEREFORE, Plaintiff, Cassandra Hanson, prays for judgment against Defendants, Dollar General and/or Dolgencorp, LLC, d/b/a Dollar General #9754 and Deborah Baker, for an amount in excess of $75,000.00, punitive damages in excess of $75,000.00, together with pre- and post-judgment interest, attorney's fees, costs of this action, and for such other and further relief as the Court deems equitable and just.

Respectfully submitted,

Jason Waddell, OBA No. 30761
Jason Waddell, PLLC
222 NW 13th Street
Oklahoma City, OK 73103
Telephone: (405) 232-5291
Facsimile: (405) 708-7871
Jason@JasonWaddellLaw.com
**ATTORNEY FOR PLAINTIFF**

ATTORNEY'S LIEN CLAIMED
JURY TRIAL DEMANDED